# Court of Appeals
# of the State of Georgia

ATLANTA,____June 09, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1797. RUSKIN CASTILLO v. HECTOR CHAVEZ.**

This case originated in magistrate court. Following an adverse ruling, plaintiff Ruskin Castillo appealed to the superior court. The superior court entered a consent order resolving the appeal, and Castillo filed this direct appeal from the superior court's order. We lack jurisdiction.

Because the superior court's order disposed of a de novo appeal from a magistrate court decision, Castillo was required to follow the discretionary appeal procedure. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). His failure to follow this procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,____* 06/09/2016 ____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*